**UNITED STATES COURT OF APPEALS**
**For the Fifth Circuit**

No. 00-60062

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

VERSUS

ANY AND ALL FUNDS CONTAINED; Etc; ET AL.,

Defendants,

SAM P. HENSLEY,

Claimant-Appellant.

Appeal from the United States District Court
For the Southern District of Mississippi
(3-98-CV-670-LN)

February 15, 2001

Before REYNALDO G. GARZA, DAVIS and JONES, Circuit Judges.

PER CURIAM:[*]

After reviewing the record and considering the briefs of the parties and argument of counsel, we are satisfied that neither the magistrate judge or the district court erred in refusing to permit Mr. Hensley to participate in the distribution of the recovered funds.

AFFIRMED.

---

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.